IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 2:97CR64-1 |
| ) | |
| JARVIS LEMOND TATE ) | |

**ORDER ON ADMENDMENT TO PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION ORIGINALLY FILED ON JANUARY 6, 2020.**

This matter is before the Court upon request of the United States Probation Officer. (Doc. 20.) The Court has reviewed the Amended Petition and finds the following:

( ) No Action.

(X) Amend the Petition filed on January 6, 2020. For compelling reasons, this Petition and Warrant shall remain sealed until the Warrant is executed except as necessary for law enforcement to effect the arrest of the defendant. The Clerk shall provide a copy of the Petition and Warrant to the U.S. Probation Office, the U.S. Attorney's Office, and the United States Marshal Service.

( ) Amend the Petition filed on _____. This amended petition shall be unsealed upon the issuance of an Order in response to this Amended Petition.

( ) Amend the Petition for a Summons.

( ) Withdraw the Summons.

( ) Withdraw the Warrant.

( ) Other:

IT IS SO ORDERED.

/s/   Thomas D. Schroeder
                                 United States District Judge

June 26, 2020